UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL IMANUEL WEBB,

    Plaintiff,

                                               Case No.: 1:06-cv-3

v.

                                               HONORABLE PAUL L. MALONEY

MONICA STAFFORD,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action (ECF No. 41).  The Report and Recommendation was duly served on the parties.  No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the plaintiff's Complaint is **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) and W.D.Mich. L.Civ.R. 41.1 for want of prosecution and failure to comply with the rules and orders of this court.

Dated:  May 29, 2012                                                      /s/ Paul L. Maloney
                                                                             Paul L. Maloney
                                                                             Chief United States District Judge