UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL IMANUEL WEBB,

    Plaintiff,

v.

                              Case No. 1:06-cv-3

MONICA STAFFORD,                  HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## **JUDGMENT**

Having issued an order adopting a report and recommendation and dismissing the complaint, pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of defendant and against the plaintiff.

Date:  May 29, 2012                                  /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 Chief United States District