UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL IMANUEL WEBB,

      Plaintiff,

                                              Case No. 1:06-cv-3

v.

                                              HONORABLE PAUL L. MALONEY

MONICA STAFFORD,

      Defendant.

_____/

**JUDGMENT**

Having issued an order adopting a report and recommendation and dismissing the complaint, pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of defendant and against the plaintiff.

Date:   May 29, 2012                                       /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 Chief United States District